UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES DAVID RONDON SERRANO,

Petitioner,

- against -

MULLIN, ET AL.,

Respondents.

26-cv-8137 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the petitioner's petition for a writ of habeas corpus **today, Friday, September 18, 2026, at 4:00 p.m.** The Government is requested to make the petitioner available with an interpreter for the telephone conference. The petitioner's next friend is requested to appear.

Dial-in: 646-453-4442, with access code 67527833#.

Pending a decision on the habeas petition or any amended petition, the petitioner shall not be transferred outside the Southern or Eastern District of New York or the District of New Jersey.

**SO ORDERED.**

**Dated:** New York, New York
September 18, 2026

John G. Koeltl
United States District Judge