UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES DAVID RONDON SERRANO,

Petitioner,

- against -

MULLIN, ET AL.,

Respondents.

26-cv-8137 (JGK)

**Order**

**John G. Koeltl, District Judge:**

By **Wednesday, September 23, 2026**, the Government should provide the basic documents supporting the petitioner's detention, identify its position on venue, and assure that the petitioner receives a medical evaluation and any necessary medical treatment. The Government will propose the schedule for a response or a motion.

The Door may contact other organizations that can provide legal assistance to the petitioner.

A copy of this Order will be emailed to the petitioner's next friend, Ellinor Rutkey at erutkey@door.org and the Government should provide a copy to the petitioner at the MDC and confirm the delivery.

**SO ORDERED.**

**Dated:** New York, New York
September 18, 2026

John G. Koeltl
United States District Judge