UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONDON SERRANO,

Petitioner,

- against -

MULLIN, ET AL,

Respondents.

26-cv-8137 (JGK)

Order

**John G. Koeltl, District Judge:**

Based on the Government's representation in its September 23, 2026 letter to the Court (ECF No. 6), venue for the petition is proper in the Eastern District of New York, but not in this District. Therefore, the Clerk is respectfully requested to transfer this action to the Eastern District of New York promptly and to waive the seven-day waiting period in Local Rule 83.1 so that this matter can be heard without delay. See 28 U.S.C. § 1406(a). The Government is requested to provide a copy of this Order to the petitioner and to the petitioner's best friend.

**SO ORDERED.**

**Dated:** New York, New York
September 23, 2026

John G. Koeltl
United States District Judge